■ In the Matter of STEPHEN B. (Appeal No. 1.) [601 NYS2d 897] —Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Family Court. We add only that great deference must be given to the court's finding that the testimony of respondent's experts was more credible than that of petitioner's experts *(see, Matter of Lynelle W.,* 177 AD2d 1008; *Matter of Miranda UU.,* 168 AD2d 704). (Appeal from Order of Erie County Family Court, Manz, J.—Dismiss Petition.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.

■ In the Matter of STEPHEN B. (Appeal No. 2.) [601 NYS2d 897] —Order unanimously affirmed without costs. Memorandum: Family Court should have conducted a reconstruction hearing as requested by respondent to determine whether there was a portion of the record that should have been recorded and transcribed. Nevertheless, respondent suffered no prejudice thereby because the record as submitted is sufficient for this Court to determine that the petition was properly dismissed *(see, Matter of Stephen B.,* 195 AD2d 1065 [decided herewith]; *see also,* CPLR 2001, 2002). (Appeal from Order of Erie County Family Court, Townsend, J.—Settle Record.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.